

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00268-CR

MANUEL JONATHAN PATTERSON, Appellant

§  On Appeal from the 372nd District Court

§  of Tarrant County (1726314R)

§  April 4, 2024

V.

§  Memorandum Opinion by Justice Kerr

THE STATE OF TEXAS

§  (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments. The judgments on Count Two, Count Three, and Count Four are modified to reflect that the trial court assessed Appellant Manuel Jonathan Patterson's punishment. It is ordered that the trial court's judgments are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr